JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC CLEVELAND, an individual,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KI HO HWANG, an individual;<br>KYOUNG HO HWANG, an individual;<br>and DOES 1-10,<br><br>　　　　　Defendants. | Case No.: 2:21-cv-07075-RAO<br><br>*Hon. Rozella A. Oliver*<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Action Filed:　October 6, 2020<br>Trial Date:　　Not on Calendar |

Pursuant to Fed. R. Civ. P. 41, the Court, having considered the documents before it, and being fully advised finds as follows:

**IT IS ORDERED THAT:**

Plaintiff Eric Cleveland's action against Defendants Ki Ho Hwang and Kyoung Ho Hwang is dismissed with prejudice. Each party will be responsible for its own fees and costs.

Dated: December 10, 2021

_____
Honorable Rozella A. Oliver
United States Magistrate Judge